CITY OF LAS VEGAS, NEVADA, a Municipal Corpo-
ration, Appellant, *v.* CITY OF NORTH LAS VEGAS,
NEVADA, a Municipal Corporation, Respondent.

No. 9462

November 10, 1978                    585 P.2d 1349

*Albright & McGimsey,* Las Vegas, for Appellant.

*John P. Fadgen,* City Attorney, North Las Vegas, for
Respondent.

## OPINION

*Per Curiam:*

In County of Clark v. City of North Las Vegas, 89 Nev. 10,
504 P.2d 1326 (1973), this court declared void an attempt by
North Las Vegas to annex certain property. In Sunrise Manor
v. City of North Las Vegas, 91 Nev. 713, 541 P.2d 1102 (1975),
this court determined that because *de facto* annexation had
occurred, North Las Vegas could nevertheless retain tax reve-
nues derived before we declared the annexation void.

In our view, the latter holding controls this case. Although
appellant City of Las Vegas here argues that it was not techni-
cally a party, when we made our determination of *de facto*
annexation, and therefore was not bound by it, we do not
believe the facts appellant now offers to prove would or should
alter our prior ruling in any event.

Accordingly, the district court's order granting summary judgment is affirmed.